# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Travis Carter,

Plaintiff(s),

v.

City Of Chicago et al,

Defendant(s).

Case No. 1:20-cv-01684
Judge Thomas M. Durkin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) City of Chicago, Michael Wrobel
and against plaintiff(s) Travis Carter

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☐ decided by Judge       on a motion

Date: 7/29/2022                                Thomas G. Bruton, Clerk of Court

                                               E. Wall, Deputy Clerk